AO 91 (Rev. 11/11)  Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
05/04/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America )
v. )
RODNEY BOUGERIOUS )   Case No.  2:21-MJ-02214
)
)
)
)

*Defendant(s)*

FILED
CLERK, U.S. DISTRICT COURT
May 4, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 15, 2021  in the county of  Los Angeles  in the
Central  District of  California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §§ 751(a) | Escape from the Custody of the Attorney General |

This criminal complaint is based on these facts:
Please see attached affidavit.

☐ Continued on the attached sheet.

/s/
*Complainant's signature*

Timothy J. Hofer, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/04/2021

*Judge's signature*

City and state:  Los Angeles, CA         Hon. Alka Sagar
*Printed name and title*

*AUSA:* Gregg E. Marmaro (x8500)

**AFFIDAVIT**

I, Timothy J. Hofer, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Deputy United States Marshal with the United States Marshals Service ("USMS") and have been so employed since December 2018. I am currently assigned to the Los Angeles office in the Central District of California.

2. This affidavit is made in support of a criminal complaint and an arrest warrant against Rodney BOUGERIOUS for a violation of Title 18, United States Code, Section 751(a): Escape from the Custody of the Attorney General.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. STATEMENT OF PROBABLE CAUSE

4. I have reviewed a "Notice of Escaped Federal Prisoner" report from the El Monte Residential Reentry Center (the "facility"), which is part of the Federal Bureau of Prisons. From this report, I learned the following:

5. BOUGERIOUS, a federal prisoner, escaped from the custody of the Attorney General by leaving the facility without authorization and not returning on April 15, 2021.

    a. Specifically, at approximately 5:50 p.m. on April 15, 2021, BOUGERIOUS walked out of the facility. BOUGERIOUS appeared to be under the influence of alcohol or drugs prior to escaping. The duty officer was called shortly thereafter, and the U.S. Marshal's office was notified of the escape at 7:25 p.m. BOUGERIOUS's whereabouts remain unknown.

    b. BOUGERIOUS is described as a 32-year-old, black male, United States citizen, born March 10, 1989, measuring approximately 5 feet, 9 inches tall, weighing approximately 240 pounds, with black hair and brown eyes. BOUGERIOUS's last known home address was 14015 ANDERSON ST. APT.20 PARAMOUNT, CA 90723.

6. From the Judgment and Commitment order underlying BOUGERIOUS's incarceration, I learned the following:

7. On January 7, 2020, BOUGERIOUS was petitioned for violating supervised release, subsequently found in violation on May 28, 2020, and sentenced to 13 months' imprisonment, with no supervision to follow. BOUGERIOUS's scheduled release date from federal custody is May 27, 2021.

//
//
//
//

8.   To my knowledge, BOUGERIOUS has not returned to the facility and continues to be a fugitive.

### III. CONCLUSION

9.   For all the reasons described above, there is probable cause to believe that BOUGERIOUS has violated Title 18, United States Code, Section 751(a):  Escape from the Custody of the Attorney General.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 4th day of May,
2021.

_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE